UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JAMES F. DIAZ,

        Plaintiff,

v.                               Case No. 5:10-cv-319-Oc-TBS

BIG LOTS STORES, INC.,

        Defendant.
_____/

## ORDER

Pending before the Court is Defendant's Motion For Permission To Use Laptops at Trial. (Doc. 41). Defendant requests permission to bring laptop computers and iPads into the courtroom for use during the trial of this matter.

Upon due consideration, Defendant's Motion (Doc. 41) is GRANTED. Counsel for Defendant is authorized to bring laptop computers and iPads into the United States Courthouse in Ocala for use during the trial scheduled to begin at 9:30 a.m. on Monday, October 17, 2011. Counsel shall present a copy of this Order to the Court Security Officers at the entrance to the Courthouse with appropriate identification.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on September 30, 2011.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:
    All Counsel