UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JAMES F. DIAZ,

                Plaintiff,

v.                                                      Case No. 5:10-cv-319-Oc-10GRJ

BIG LOTS STORES, INC.,,

                Defendant.
_____/

## ORDER

Pending before the Court is Plaintiff's Motion for Permission to Use Laptop at Trial (Doc. No. 43). After due consideration, the motion is GRANTED. Counsel for the Plaintiff is authorized to bring a laptop computer and printer into the United States Courthouse in Ocala, Florida for use during the trial scheduled to begin at 9:30 a.m. on Monday, October 17, 2011. Counsel shall present a copy of this Order to the Court Security Officers at the entrance to the Courthouse with appropriate identification.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on October 6, 2011.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:
      All Counsel